UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C. - 2371

ROBERT GUTIERREZ ROSARIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED

Plaintiff(s)

Index #: 1:20-CV-03762PKC-SJB

-against-

Date Filed:

ERNIE'S AUTO DETAILING INC. (D/B/A ERNIE'S AUTO DETAILING INC.) ETAL

**AFFIDAVIT OF DUE DILIGENCE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
MICHAEL FAILLACE & ASSOCIATES, P.C. requested that I serve a copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT in the above action for personal service upon LEO DOE at

C/O ERNIE'S AUTO DETAILING
321 NY 22
GOLDENS BRIDGE, NY 10526

Your deponent made proper and diligent effort to serve said process on the above named person(s). I went to the aforementioned address on

October 15, 2020 at 12:16 PM and was unable to serve the defendant / respondent. At the given address is Mercedes Benz of Goldens Bridge the defendant's / respondent's name did not appear on any bell, mailbox or directory. I spoke to workers here who told me that the defendant was not known.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: October 16, 2020

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

JONATHAN GRABER

Docket #:    *1168861*