UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK       Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C. - 2371

ROBERT GUTIERREZ ROSARIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED

Index #: 1:20-CV-03762PKC-SJB

Plaintiff(s)

Date Filed:

-against-

ERNIE'S AUTO DETAILING INC. (D/B/A ERNIE'S AUTO DETAILING INC.) ETAL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 26, 2020 at 04:20 PM at

C/O ERNESTO DECENA - CEO
C/O ERNIE'S AUTO DETAILING
86 SPRING ST APT 2
PASSAIC, NJ 07055



deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on ROMAN DOE, the defendant/respondent therein named,

**SUITABLE AGE**  by delivering thereat a true copy/copies of each to ROTIO DECENA a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as being AUTHORIZED to accept for the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | GREY | 62 | 5'6 | 165 |

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

C/O ERNESTO DECENA - CEO
C/O ERNIE'S AUTO DETAILING
86 SPRING ST APT 2
PASSAIC, NJ 07055

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 27, 2020 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on: October 27, 2020

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

DANIEL KNIGHT

Docket #:   *1170304*