UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERT GUTIERREZ ROSARIO, individually
and on behalf of others similarly situated,

                                                JUDGMENT

                        Plaintiff,                  20-cv-03762-BMC
   v.

ERNIE'S AUTO DETAILING INC. (D/B/A ERNIE'S
AUTO DETAILING INC.), ERNESTO DECENA,
JOSHUA DECENA, and LEONEL DECENA,

                        Defendants.
---------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 16, 2021; and Defendant ERNIE'S AUTO DETAILING INC, having offered to allow judgment in this action to be taken against them and in favor of plaintiff ROBERT GUTIERREZ ROSARIO, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), which includes reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to the date of this offer; and an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on July 16, 2021, directing the Clerk of Court to enter judgment accordingly; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff ROBERT GUTIERREZ ROSARIO, and against Defendant ERNIE'S AUTO DETAILING INC, in the amount of $10,000, inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York                                  Douglas C. Palmer
       July 20, 2021

                                                  By:    */s/Jalitza Poveda*
                                                            Deputy Clerk